IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                          NO. 4:99CR00024 JMM

H. G. (JACK) FROST, JR.



**SECOND ORDER OF FORFEITURE**

This matter came before the Court on the Motion of the United States to amend the Order of Forfeiture of April 2, 2002 ("First Order of Forfeiture"), to include additional property on the schedule of property subject to forfeiture. The First Order of Forfeiture provides that all property of the defendant constituting the proceeds of the offenses for which the defendant was convicted is subject to forfeiture to the United States.

The Government has now identified an additional asset of the defendant that is a substitute asset that is forfeitable to the United States under the First Order of Forfeiture. This asset is described as follows:

3321 Central Avenue, Hot Springs, AR, more particularly described as:

> Subject property is 175 feet x 295 feet parcel lying in the Southeast Quarter of the Northeast quarter of Section 17, Township 3 South, Range 19 West

For the reasons set forth in the Government's motion and the accompanying exhibit, the Court finds by a preponderance of the evidence that the real property located at 3321 Central Avenue,

Hot Springs, AR, is subject to forfeiture under the First Order of Forfeiture. Accordingly, it is hereby

1. ORDERED that the real property located at 3321 Central Avenue, Hot Springs, AR is forfeited to the United States;

2. IT IS FURTHER ORDERED that the Order of Forfeiture of April 2, 2002, is hereby amended to include the real property located at 3321 Central Avenue, Hot Springs, AR;

3. IT IS FURTHER ORDERED that the real property located at 3321 Central Avenue, Hot Springs, AR shall be seized by the government and held in its custody pending the conclusion of the ancillary proceeding;

4. IT IS FURTHER ORDERED that it shall be the responsibility of the United States to notify all interested parties of their right to file a claim asserting legal right, title or interest in all property subject to this Order pursuant to section 853(n).

5. IT IS FURTHER ORDERED that as soon as the ancillary proceeding following the issuance of this Order is complete, or if no third party petitions are filed, as soon as the 30-day period for filing such claims has expired, the United States shall file a motion and proposed Final Order of Forfeiture.

IT IS SO ORDERED this ___8___ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE