**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**VS.**                                      **NO. 4:99CR0024**

**H.G. "JACK" FROST, JR.**                                                **DEFENDANT**

## ORDER

After consideration of the factors set forth in 18 U.S.C. § 3553, the supervised release previously imposed upon the Defendant is hereby terminated. The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 29th day of May, 2008.

_____
James M. Moody
United States District Judge